NUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
WESTERN RESERVE LIFE ASSURANCE      )
CO. OF OHIO,                        )
        Plaintiff,                   )
                                    )
    v.                             )
                                    )   C.A. No. 09-470-S
JOSEPH CARAMADRE, RAYMOUR           )
RADHAKRISHNAN, ESTATE PLANNING      )
RESOURCES, INC., HARRISON CONDIT,   )
and FORTUNE FINANCIAL SERVICES,     )
INC.,                               )
        Defendants;                  )
_____ )
                                    )
TRANSAMERICA LIFE INSURANCE         )
COMPANY,                            )
        Plaintiff,                   )
                                    )
    v.                             )
                                    )   C.A. No. 09-471-S
JOSEPH CARAMADRE, RAYMOUR           )
RADHAKRISHNAN, ESTATE PLANNING      )
RESOURCES, INC., ESTELA             )
RODRIGUES, EDWARD MAGGIACOMO,       )
JR., LIFEMARK SECURITIES CORP., and )
PATRICK GARVEY,                     )
        Defendants;                  )
_____ )
                                    )
WESTERN RESERVE LIFE ASSURANCE      )
CO. OF OHIO,                        )
        Plaintiff,                   )
                                    )
    v.                             )   C.A. No. 09-472-S
                                    )
JOSEPH CARAMADRE, RAYMOUR           )
RADHAKRISHNAN, ESTATE PLANNING      )
RESOURCES, INC., ADM ASSOCIATES,    )
LLC, EDWARD HANRAHAN, THE           )
LEADERS GROUP, INC., and CHARLES    )
BUCKMAN,                            )
        Defendants;                  )

|  |  |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., DK LLC, EDWARD HANRAHAN, THE LEADERS GROUP, INC., and JASON VEVEIROS,<br>　　　　　Defendants; | C.A. No. 09-473-S |
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC., NATCO PRODUCTS CORP., EDWARD HANRAHAN, and THE LEADERS GROUP, INC.,<br>　　　　　Defendants; | C.A. No. 09-502-S |
| TRANSAMERICA LIFE INSURANCE COMPANY,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LIFEMARK SECURITIES CORP., JOSEPH CARAMADRE, RAYMOUR RADHAKRISHNAN, ESTATE PLANNING RESOURCES, INC. and EDWARD MAGGIACOMO, JR.,<br>　　　　　Defendants; and | C.A. No. 09-549-S |

2

```
_____
WESTERN RESERVE LIFE ASSURANCE  )
CO. OF OHIO,                    )
              Plaintiff,        )
                                )
       v.                       )
                                )   C.A. No. 09-564-S
JOSEPH CARAMADRE, RAYMOUR       )
RADHAKRISHNAN, ESTATE PLANNING  )
RESOURCES, INC., HARRISON CONDIT,)
and FORTUNE FINANCIAL SERVICES, )
INC.,                           )
              Defendants.       )
                                )
_____)
```

### STAY ORDER

These matters came before the Court for a chambers conference on February 22, 2012, for consideration of several pending motions, including the Emergency Renewed Motion for Partial Stay of Defendants Joseph Caramadre, Raymour Radhakrishnan, Estella Rodrigues and ADM Associates, LLC (ECF No. 125 in Case No. 09-470-S-DLM) and other related motions docketed in each of the cases. After that conference, it is hereby

**ORDERED, ADJUDGED AND DECREED**:

1. With the exceptions noted in this Order, these cases (C.A. Nos. 09-470, 09-471, 09-472, 09-473, 09-502, 09-549 and 09-564) are stayed pending the resolution of the criminal matter, *United States v. Caramadre, et al.,* Cr. No. 11-186;

2. Plaintiffs may continue to pursue document discovery in accordance with paragraph 4 of the Initial Case Management Order (ECF No. 58 in Case No. 09-470-S-DLM), which paragraph remains in full force and effect until further order of the Court; all other terms and obligations of the Initial Case Management Order are hereby stayed pursuant to this order;

3. The Court will consider motions for entry of final judgment pursuant to Rule 54(b) from any defendant against whom there are no longer any pending claims as a result of this Court's Opinion and Order of February 7, 2012 on the motions to dismiss (ECF No. 132 in Case No. 09-470-S-DLM);

4. Plaintiffs may appeal the entry of any final judgment entered as a result of any motion filed pursuant to paragraph 3; and

5. Estate Planning Resources, Inc's ("EPR") obligation to respond to the interrogatories propounded by the Plaintiffs pursuant to the Order Granting in Part Plaintiffs' Motion to Compel Defendant Estate Planning Resources to Respond to Interrogatories (ECF No. 122 in Case No. 09-470) is stayed pending the resolution of a forthcoming motion for reconsideration of that order that EPR will file.

6. No other discovery, other than that set forth in this Order, is permitted without leave of the Court. To the extent Plaintiffs attempt to engage in any other litigation activity that Defendants believe is inconsistent with this Order, Defendants may move to stay that activity.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: March 2, 2012