UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                )
WESTERN RESERVE LIFE ASSURANCE  )
CO. OF OHIO,                    )
          Plaintiff,            )
                                )
          v.                    )   C.A. No. 09-470 S
                                )
JOSEPH CARAMADRE, RAYMOUR       )
RADHAKRISHNAN, ESTATE PLANNING  )
RESOURCES, INC., HARRISON CONDIT, )
and FORTUNE FINANCIAL           )
SERVICES, INC.,                 )
                                )
          Defendants;           )
_____)
                                )
TRANSAMERICA LIFE INSURANCE     )
COMPANY,                        )
          Plaintiff,            )
                                )
          v.                    )   C.A. No. 09-471 S
                                )
JOSEPH CARAMADRE, RAYMOUR       )
RADHAKRISHNAN, ESTATE PLANNING  )
RESOURCES, INC., ESTELLA RODRIGUES,)
EDWARD MAGGIACOMO, JR., LIFEMARK )
SECURITIES CORP., and           )
PATRICK GARVEY,                 )
          Defendants;           )
_____)
                                )
WESTERN RESERVE LIFE ASSURANCE  )
CO. OF OHIO,                    )
          Plaintiff,            )
                                )
          v.                    )   C.A. No. 09-472 S
                                )
JOSEPH CARAMADRE, RAYMOUR       )
RADHAKRISHNAN, ESTATE PLANNING  )
RESOURCES, INC., ADM ASSOCIATES, )
LLC, EDWARD HANRAHAN, THE LEADERS )
GROUP, INC., and CHARLES BUCKMAN, )
          Defendants;           )

```
_____)
_____
                                       )
WESTERN RESERVE LIFE ASSURANCE         )
CO. OF OHIO,                           )
          Plaintiff,                   )
                                       )
          v.                           )   C.A. No. 09-473 S
                                       )
JOSEPH CARAMADRE, RAYMOUR              )
RADHAKRISHNAN, ESTATE PLANNING         )
RESOURCES, INC., DK LLC, EDWARD        )
HANRAHAN, THE LEADERS GROUP, INC.,     )
and JASON VEVEIROS,                    )
          Defendants;                  )
_____)
                                       )
WESTERN RESERVE LIFE ASSURANCE         )
CO. OF OHIO,                           )
          Plaintiff,                   )
                                       )
          v.                           )   C.A. No. 09-502 S
                                       )
JOSEPH CARAMADRE, RAYMOUR              )
RADHAKRISHNAN, ESTATE PLANNING         )
RESOURCES, INC., NATCO                 )
PRODUCTS CORP., EDWARD HANRAHAN,       )
and THE LEADERS GROUP, INC.,           )
          Defendants;                  )
                                       )
_____)
                                       )
                                       )
TRANSAMERICA LIFE INSURANCE            )
COMPANY,                               )
          Plaintiff,                   )
                                       )
          v.                           )   C.A. No. 09-549 S
                                       )
LIFEMARK SECURITIES CORP.,             )
JOSEPH CARAMADRE, RAYMOUR              )
RADHAKRISHNAN, ESTATE PLANNING         )
RESOURCES, INC., and EDWARD            )
MAGGIACOMO, JR.,                       )
          Defendants;                  )
                                       )
_____)
```

```
_____
                                )
WESTERN RESERVE LIFE ASSURANCE  )
CO. OF OHIO,                     )
          Plaintiff,            )
                                )
          v.                    )   C.A. No. 09-564 S
                                )
JOSEPH CARAMADRE, RAYMOUR        )
RADHAKRISHNAN, ESTATE PLANNING   )
RESOURCES, INC., HARRISON CONDIT,)
and FORTUNE FINANCIAL            )
SERVICES, INC.,                 )
          Defendants.           )
_____)
```

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On November 16, 2015, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter. (ECF No. 184 (No. 09-470); ECF No. 200 (No. 09-471); ECF No. 205 (No. 09-472); ECF No. 227 (No. 09-473); ECF No. 175 (No. 09-502); ECF No. 163 (No. 09-549); ECF No. 157 (No. 09-564).) Magistrate Judge Sullivan recommended that the Court grant Plaintiff's Motion to File Consolidated Complaint and to Dismiss C.A. Nos. 09-471, 09-472, 09-473, 09-502, 09-549, 09-564 without Prejudice. (ECF No. 174 (No. 09-470); ECF No. 188 (No. 09-471); ECF No. 194 (No. 09-472); ECF No. 216 (No. 09-473); ECF No. 164 (No. 09-502); ECF No. 151 (No. 09-549); ECF No. 146 (No. 09-564).) No objections to the R&R were filed, and the time for doing so has passed. Accordingly, the Court hereby accepts

3

the R&R pursuant to 28 U.S.C. § 636(b)(1).  The R&R is ADOPTED, Plaintiff's Motion is GRANTED, C.A. No. 09-470 is the remaining case in this litigation, and the following six cases are dismissed WITHOUT PREJUDICE: C.A. Nos. 09-471, 09-472, 09-473, 09-502, 09-549; and 09-564.

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date:  December 21, 2015